## Antuñano *v.* El Registrador de la Propiedad.

## Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan.

No. 17.—Resuelto en Enero 12, 1903.

Prescripción.—Las disposiciones de la Orden Judicial de Abril 4, 1899, en cuanto se refierén al plazo para la prescripción del dominio y demás derechos reales sobre bienes inmuebles, han sido derogadas por el artículo 1858 del Código Civil.

Id.—El artículo 1858 del Código Civil, ha de entenderse sin perjuicio de lo que dispone el artículo 1840 del propio Código, ó sea, que *la prescripción comenzada antes de la publicación de dicho cuerpo legal, se regirá por las leyes anteriores al mismo.*

### EXPOSICIÓN DEL CASO.

*Resultando:* que habiendo solicitado Don Tiburcio Antuñano y Salazar, del Juez Municipal de Río-Piedras, en 13 de Agosto último, la conversión, en inscripción de dominio, de la de posesión de varias fincas rústicas de su propiedad, que poseía dentro de aquél término municipal; corridos los trámites legales del expediente, y acreditado el transcurso de los seis años de posesión contínua y no interrumpida, desde la fecha de la primera inscripción de las referidas fincas, declaró el Juez Municipal de dicho pueblo, por auto de 26 de Septiembre siguiente, concluso el expediente y que se expidiera testimonio de las actuaciones practicadas al solicitante, á fin de que pudiera obtener del Registrador de la Propiedad la conversión interesada.

*Resultando:* que presentado dicho testimonio en el Registro, denegó el Registrador la toma de razón de la conversión acordada, fundando la negativa, según la nota puesta por el mismo al pié del testimonio presentado, en que no habían transcurrido seis años desde las fechas de las primeras inscripciones de dichos inmuebles, al 1 de Marzo de 1902, en que había empezado á regir el nuevo Código Civil, y que por el artículo 1838 del mismo, debía entenderse derogada la Orden Judicial de 4 de Abril de 1899, en cuanto al plazo para la conversión en dominio de la posesión inscrita;

## ANTUÑANO v. REGISTRER OF PROPERTY.

APPEAL from cautionary notice entered by the
Registrar of Property of San Juan.

No. 17.—Decided January 12, 1903.

### STATEMENT OF THE CASE.

tomando en su lugar la anotación preventiva que previene la ley sobre recursos contra las resoluciones de los Registradores de la Propiedad, que tendrá efecto legal durante ciento veinte días de su fecha.

*Resultando* : que contra esta nota ha interpuesto en tiempo, ante este Tribunal Supremo, el abogado Don Emilio García .Cuervo, á nombre del interesado; Don Tiburcio Antuñano y Salazar, el presente recurso gubernativo, para que se revoque la expresada nota del Registrador, y se le ordene que ponga la correspondiente nota de conversión, en las inscripciones posesorias de las dos fincas de referencia.

Abogado del recurrente : *Sr. García Cuervo.*

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal :

*Considerando* : que si bien con arreglo al artículo del nuevo Código Civil que cita el Registrador en su nota, y que corresponde al 1858 de la Edición oficial del mismo Código, el dominio y los demás derechos reales sobre bienes inmuebles, se prescribe por la posesión durante diez años, entre presentes, y veinte entre ausentes, con buena fé y justo título, con lo que indudablemente se deroga lo establecido sobre el particular por la Orden Judicial de 4 de Abril de 1899, esto debe entenderse sin perjuicio de lo que dispone el artículo 1840 del propio Código, según el que, "la prescripción comenzada antes de la publicación de dicho cuerpo legal, se regirá por las Leyes anteriores al mismo."

*Considerando*, por tanto, que habiendo transcurrido, desde la fecha de la inscripción de los dos posesorios de que se trata, hasta el día en que se presentó el testimonio en el Registro, más de los seis años de posesión contínua que requería la citada Orden Judicial de 4 de Abril, para adquirir por prescripción el dominio de los bienes inmuebles, tanto entre presentes, como entre ausentes, y á cuya disposición se le concedió, expresamente, efecto retroactivo, procede que se

entered a cautionary notice, pursuant to an act to provide for appeals from the decisions of Registrars of Property, said cautionary notice to continue in force during one hundred and twenty days from the date thereof.

From aforesaid decision Emilio García Cuervo Esq., on behalf of the petitioner Tiburcio Antuñano y Salazar took this appeal from the decision of the Registrar of Property to this Supreme Court, praying that the Registrar's decision be set aside and that he be ordered to make the proper conversion of the entries of possession of the two farms into records of ownership.

*Mr. García Cuervo*, for apellant.

MR. CHIEF JUSTICE QUIÑONES, after making the above statement of facts, rendered the following opinion of the Court:

While it is true that under the Article of the new Civil Code cited by the Registrar in his decision, and which corresponds to Article 1858 of the official edition thereof, ownership and other property rights prescribe by possession for ten years as to residents of the Island, and for twenty years with regard to absentees in good faith and with a proper title, which undoubtedly repeals what was provided upon this subject by the Judicial Order of April 4, 1899, such repeal should be understood to operate without prejudice to the provision of Article 1840 of the same Code, according to which prescription which began to run before the publication thereof, shall be governed by the prior laws; and inasmuch as from the date of the entries of possession of the farms in question, to the day when the certificate was presented at the Registry of Property, there has been a lapse of more than the six years of uninterrupted possession, as required by said Judicial Order of April 4th, to acquire by prescription the ownership of real estate, both as to present and absent persons, and to which provision a retroactive effect was expressly given, it follows that the conversion

lleve á efecto por el Registrador la conversión solicitada por Don Tiburcio Antuñano.

*Vistas* las disposiciones legales citadas. *Se revoca la nota* denegatoria del Registrador de la Propiedad de esta Capital que ha dado motivo á la interposición del presente recursó, y se declara que procede la toma de razón en el Registro de la conversión, en inscripción de dominio, de la de posesión de las dos fincas de que se trata; y devuélvase al Registrador el testimonio presentado, con copia de la presente resolución, para su cumplimiento y demás efectos.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.